CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAY 1 2 2005
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RALPH A. SCEARCE, #311869, ) | |
|     Petitioner, ) | Civil Action No. 7:05-CV- 00292 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| CAROL WALLACE, WARDEN, ) | By: Hon. Glen E. Conrad |
|     Respondent. ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the petition for habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** as untimely, pursuant to 28 U.S.C. § 2244(d)(1) and this action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the respondent.

ENTER: This 11th day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE