CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 1 2 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| RALPH A. SCEARCE, #311869, | ) | |
|     Petitioner, | ) | Civil Action No. 7:05-CV- 00292 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| CAROL WALLACE, WARDEN, | ) | By: Hon. Glen E. Conrad |
|     Respondent. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the petition for habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** as untimely, pursuant to 28 U.S.C. § 2244(d)(1) and this action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the respondent.

ENTER: This 11th day of May, 2005.

                                              /s/ Glen E. Conrad
                                    UNITED STATES DISTRICT JUDGE